UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | | **JUDGMENT** |
|     Plaintiff ) | | |
| ) | | No. 5:10-CV-176-H1 |
|     v. ) | | |
| ) | | |
| DIRTROAD, LLC d/b/a ZYDECO ) | | |
| DOWNTOWN and MELVIN HARRIS, ) | | |
|     Defendants. ) | | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of plaintiff's motion for default judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's motion for default judgment is granted and judgment is entered in favor of plaintiff and against defendants Dirtroad, LLC d/b/a Zydeco Downtown and Melvin Harris jointly and severally in the amount of $51,743.00.**

This Judgment Filed and Entered on August 9, 2011 with service on:

Rebecca A. Leigh (via cm/ecf Notice of Electronic Filing)

Date: August 9, 2011

                                            DENNIS P. IAVARONE, CLERK
                                            /s/ Delsia Heath
                                            (By): Delsia Heath, Deputy Clerk